UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILO ROSE,

    Petitioner,

v.                                                       Case No. 8:93-cv-1169-T-23EAJ

JAMES V. CROSBY, JR.,

    Respondent.

                                                   /

**O R D E R**

Rose's motion (Doc. 88) to proceed with self-representation was referred (Doc. 89) to the Magistrate Judge to conduct a *Faretta*-type hearing.  She recommends (Doc. 99) the denial of the motion.  All parties were provided copies of the Report and Recommendation.  The respondent filed his objections (Doc. 100) on January 19, 2006.  Rose's appointed counsel filed his objections (Doc. 101) on January 25, 2005.  Milo Rose filed his pro se objections (Doc. 103) on February 23, 2006.  Both the respondent and Rose's counsel agree with the recommended denial of Rose's request for self-representation.

After independently examining the file, reviewing Magistrate Judge Jenkin's Report and Recommendation, and considering the objections,  Rose's pro se objections are overruled and the report and recommendation is adopted, confirmed, and incorporated by reference into this order.  The motion for self-representation (Doc. 88) is

**DENIED**.  The respondent and Rose's counsel have thirty (30) days to jointly file a proposed schedule for the filing of an amended petition (if necessary) and new briefs.

ORDERED in Tampa, Florida, on April 26, 2006.

_____<br>
STEVEN D. MERRYDAY<br>
UNITED STATES DISTRICT JUDGE

SA/ro